IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

THE EQUAL RIGHTS CENTER, *et al.*,  \*

    Plaintiff,

    vs.          Civil Action No.  AW-09-3275

CVS CAREMARK CORPORATION,

    Defendant.

\*\*\*\*\*\*

**ORDER**

This Court has been advised by the parties that this matter has settled. Accordingly, pursuant to Local Rule 111, IT IS this **5th Day of January, 2011**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is *without prejudice* to the right of either party to move for good cause within **30 days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER **ORDERED**:

1. That the Clerk of the Court **CLOSE** this case; AND

2. That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                                                                    _____/s/_____
                                                                           Alexander Williams, Jr.
                                                                           United States District Judge